**IN THE MATTER OF THE PETITION**
**FOR REINSTATEMENT OF**
**RAJ SANJEET SINGH**
**TO THE BAR OF MARYLAND**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 103**

\*     **September Term, 2020**

## ORDER

Upon consideration of the Verified Petition for Reinstatement and Bar Counsel's Response to the Verified Petition for Reinstatement, filed in the above-captioned case, and of the oral argument held in this matter, it is this 14th day of January, 2022;

**ORDERED,** by the Court of Appeals of Maryland, a majority of the Court concurring, that the Petition be, and the same hereby is, GRANTED, and it is further

**ORDERED,** that Raj Sanjeet Singh is reinstated as a member of the Bar of Maryland; and it is further

**ORDERED,** that this Order is without prejudice to Bar Counsel establishing the violations alleged in the Petition for Disciplinary and Remedial Action in Misc. Docket AG No. 17 (Sept. 2021 Term) by clear and convincing evidence pursuant to Maryland Rule 19-727(c); and it is further

**ORDERED,** that the Clerk of the Court shall replace the name Raj Sanjeet Singh upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the Clerks of all judicial tribunals in this State.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk